# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Fid Al-Bahr Company | ) | ASBCA No. 61994 |
| | ) | |
| Under Contract No. W912PB-18-P-3285 | ) | |

APPEARANCE FOR THE APPELLANT:     Ali Alkhazrajy, Esq.

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
   Army Chief Trial Attorney
   CPT Eugene M. Gray, JA
   MAJ Sean B. Zehtab, JA
   Trial Attorneys

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

The Board docketed this appeal on March 14, 2019. When the Board did not receive a complaint pursuant to Board Rule 6(a), it issued an Order, dated May 10, 2019, directing appellant to file its complaint within 21 days or immediately advise the Board how much more time was needed and why. The Board issued a second Order, dated July 26, 2019, responding to appellant's request for information on how to file its complaint and directing appellant to file its complaint no later than August 16, 2019. The Board then issued a third Order, dated August 23, 2019, directing appellant to either file its complaint within 21 days or show cause why the appeal should not be dismissed for failure to prosecute. All three Orders were sent to the email address provided by appellant's counsel, identified by appellant under Board Rule 15 as its authorized representative. The Board received no response to any of its Orders. Accordingly, this appeal is dismissed with prejudice under Board Rule 17.

Dated: October 2, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                               I concur

RICHARD SHACKLEFORD           OWEN C. WILSON
Administrative Judge                  Administrative Judge
Vice Chairman                        Vice Chairman
Armed Services Board             Armed Services Board
of Contract Appeals                of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61994, Appeal of Fid Al-Bahr Company, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2